# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09−bk−29141−CGC |
| MIKE OLARI<br>7315 W. BUCKSKIN TRAIL<br>PEORIA, AZ 85383<br>**SSAN:** xxx−xx−4410<br>**EIN:** | Chapter: 11 |
| ANA OLARI<br>7315 W. BUCKSKIN TRAIL<br>PEORIA, AZ 85383<br>**SSAN:** xxx−xx−7196<br>**EIN:** | |

Debtor(s)

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Charles G. Case II on 11/24/09 at 10:00 AM to consider and act upon the following matter:

Emergency Motion to Continue the Section 362(a) Stay pursuant to Section 362(c)(3)

Any further pleadings must be in writing, filed with the Clerk of the Bankruptcy Court at least one week prior to the hearing.

**Date: November 13, 2009**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |