# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | MIKE & ANA OLARI | | |
| Case Number: | 2:09-BK-29141-CGC | Chapter: | 11 |
| Date / Time / Room: | TUESDAY, NOVEMBER 24, 2009 10:00 AM   6TH FLOOR #601 | | |
| Bankruptcy Judge: | CHARLES G. CASE II | | |
| Courtroom Clerk: | RHONDA VAUGHAN | | |
| Reporter / ECR: | KAYLA MORGAN | | |

### Matter:

EMERGENCY MOTION TO CONTINUE THE SECTION 362(A) STAY PURSUANT TO SECTION 362(C)(3) FILED BY JOSEPH W. CHARLES ON BEHALF OF ANA OLARI, MIKE OLARI .

R / M #:   3 / 0

### Appearances:

LARRY RUHL, ATTORNEY FOR ANA OLARI, MIKE OLARI

### Proceedings:

Mr. Ruhl advises no objections have been filed.

COURT:  IT IS ORDERED GRANTING THE MOTION TO CONTINUE THE STAY.