**JOSEPH W. CHARLES**
**5704 West Palmaire Avenue**
**Post Office Box 1737**
**Glendale, Arizona 85311-1737**
**Phone: 623-939-6546**
**Fax: 623-939-6718**
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Mike Olari and Ana Olari,<br><br>Debtors. | Chapter 11 Proceeding<br><br>Case No. 2:09-bk-29141-CGC<br><br>**DEBTORS CHAPTER 11 STATUS CONFERENCE REPORT** |

Debtors, by and through their undersigned counsel, hereby submits their initial Chapter 11 Status Conference Report as follows:

**SECTION 1: THE NATURE OF THE DEBTORS' BUSINESS OPERATIONS AND FACTORS LEADING TO THE FILING OF THE CHAPTER 11.**

RESPONSE: Debtors are self-employed in the granite/stone business. They also are owners of Olari's Pita Pit, a fast food restaurant. The Debtors additionally own various real estate rental/investment properties.

  1. <u>The granite/stone business</u>. The Debtors have operated this business for several years. It is the Debtors' primary source of income. The down-turn in the economy and the new home

building market has lead to a decrease in business. The Debtors have been able to revive some business by cutting their profit margin and reducing rental costs on the facilities that they work out of.

2. <u>Olari's Pita Pit</u>. This business is owned by the Debtors and is a fairly new start-up. The business is operated by the Debtors' daughter which has allowed the Debtors to keep operating costs below market. At this time, the business is carrying itself, but just breaking even. Debtors are not taking any draws out of this business at this time.

3. <u>Rental Properties</u>. Debtors have various rental properties which are occupied at this time. Due to collection of rent and cash flow problems, the mortgages fell behind on these properties and Debtors are working with the tenants to resolve the issues regarding rental deficiencies.

**SECTION 2: WHETHER ANY PROFESSIONALS HAVE BEEN OR WILL BE EMPLOYED BY THE DEBTORS.**

RESPONSE: Yes, the Debtors will be filing applications to hire appraisers to appraise the rental properties to determine fair market values and open discussions with the lenders in regard to hopefully getting a stipulation as to value on those properties. Additionally, the Debtors will be applying to hire their CPA who is familiar with their business operations to assist them in filing monthly operating reports.

**SECTION 3: ANY UNIQUE ISSUE REGARDING SECURED DEBT, EMPLOYEES, EXECUTORY CONTRACTS, CASH COLLATERAL, EXISTING MANAGEMENT AND/OR EQUITY OWNERS.**

RESPONSE: There are no unique issues.

**SECTION 4: DEADLINE FOR THE FILING OF A PLAN AND DISCLOSURE STATEMENTS.**

RESPONSE: Debtors need additional time to approve the appraiser, complete the appraisals and to negotiate with lenders to pursue a pre-approved plan as to secured creditors before filing the formal plan and disclosure statement with the Court. Therefore, Debtors would like a March 1, 2010 deadline to file a plan and disclosure statement.

**SECTION 5: DEADLINE FOR THE FILING OF PROOFS OF CLAIMS AND INTEREST.**

RESPONSE: Bar Claim Dates for Mike and Ana Olari. The table below summarizes various Bar Dates, including type of Bar Date and claims that are affected by the various Bar Dates:

| **Type of Bar Date** | **Affected Claims** | **Bar Date** |
|---|---|---|
| General Bar Date | Applies to claims against Debtors that arose prior to the Petition Date, including secured claims, unsecured priority claims (including, without limitation, claims entitled to priority under sections 507(a) and 503(b)(9) of the Bankruptcy Code) and unsecured non-priority claims | January 15, 2010 at 5:00 p.m. (Mountain Standard Time) |

| | | |
|---|---|---|
| Rejection Bar Date | Applies to claims from or relating to the rejection of executory contracts or unexpired leases, pursuant to Section 365 of the Bankruptcy Code, or claims otherwise related to such rejected agreements, including (a) secured claims, unsecured priority claims and unsecured non-priority claims that arose or are deemed to have arisen prior to the Petition Date and (b) administrative claims under Section 503(b) of the Bankruptcy Code. | The later of (a) the General Bar Date and (b) 5:00 p.m. (Mountain Standard Time) on the date that is 30 days after the entry of a rejection order |
| Amended schedule Bar Date | Applies to claims against Debtors that may be affected if Debtors amend or supplement their Schedules to (a) reduce the undisputed, non-contingent and liquidated amount of a claim, (b) change the nature or classification of a claim against the Debtors in a manner adverse to the scheduled creditor or (c) add a new claim to the Schedules with respect to a party that was not previously served with notice of the Bar Dates, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim. | The later of (a) the General Bar Date and (b) 5:00 p.m. (Mountain Standard Time) on the date that is 30 days after the date that notice of the applicable amendment or supplement to the Schedules is served on the claimant |

| Governmental Bar Date | Applies to any governmental unit. | (a) February 15, 2010 at 5:00 p.m. (Mountain Standard Time) for claims by any governmental unit against the Debtors |

**SECTION 6: THE STATUS OF DEBTORS' POST PETITION OPERATIONS.**

RESPONSE: Debtors are continuing to operate the granite/stone business which is becoming more profitable due to the reduction of overhead on the lot lease, as well as increased sales by reducing prices of goods and services which is resulting in an increase in sales.

**SECTION 7: STATUS OF ANY LITIGATION INVOLVING THE DEBTORS.**

RESPONSE: There is no litigation at this time.

**DATED** this 15th day of December, 2009.

        **JOSEPH W. CHARLES, P.C.**

By: /s/ Joseph W. Charles
**JOSEPH W. CHARLES**
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Attorney for Debtors