# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MIKE & ANA OLARI |
| **Case Number:** | 2:09-BK-29141-CGC   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 04:00 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

CHAPTER 11 STATUS CONFERENCE STATUS

**R / M #:**   8 / 0

**VACATED:** rescheduled to 1/20/10- at 10:00 am

## Appearances:

NONE

## Proceedings:

VACATED: rescheduled to 1/20/10- at 10:00 am