JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
allyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT

### DISTRICT OF ARIZONA, PHOENIX DIVISION

In re:                                  ) Chapter 11 Proceedings
                                        )
                                        ) Case No. 2:09-bk-29141-CGC
MIKE OLARI and ANA OLARI,               )
                                        ) STATEMENT PURSUANT TO
                                        ) RULE 2014
                                        )
_____Debtor(s)._____)

The undersigned, pursuant to Rule 2014 of the Bankruptcy Rules states that:

1. The debtor has made an application to employ the undersigned appraiser in this case.

2. The undersigned has made an internal conflict check and does not have any known connections with the debtor, creditor, or any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

3. The undersigned has not shared nor agreed to share with any other person any compensation paid.

Dated this 22 day of December, 2009

_____
Chris Bastian

1