JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES. #003038
Attorney for Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| | Case No. 2:09-bk 29141-CGC |
| MIKE OLARI and ANA OLARI | |
| | AFFIDAVIT OF CHRIS BASTIAN |
| Debtor(s) | |

I, Chris Bastian, being duly sworn and upon my oath, deposes and state as follows:

1.  I am an appraiser practicing in the State of Arizona.

2.  To the best of my knowledge, based on an internal conflict check, I do not represent any person or entity holding an interest adverse to the Debtor or this bankruptcy estate.

3.  I believe I am disinterested within the meaning of 11 U.S.C. §327. I have no agreement to split fees with any person or entity.

4.  I am prepared to assist Debtor in his pursuit of its best interest.

FURTHER AFFIANT sayeth naught.

Dated this 22 day of December, 2009

Chris Bastian