SO ORDERED.



| | |
|---|---|
| JOSEPH W. CHARLES, P.C.<br>5704 West Palmaire Avenue<br>P.O. Box 1737<br>Glendale, Arizona 85311-1737<br>623-939-6546<br>attyjcharles@joecharles.com<br>JOSEPH W. CHARLES, #003038<br>Attorney for Debtor(s) | Dated: January 14, 2010<br><br>_____<br>CHARLES G. CASE, II<br>U.S. Bankruptcy Judge |

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MIKE OLARI and ANA OLARI,<br><br><br>             Debtor(s), | Chapter 11 Proceedings<br><br>Case No. **2:09-bk-29141-CGC**<br><br>ORDER APPOINTING CHRIS BASTIAN AS APPRAISER |

Upon the Application of the Mike and Ana Olari, Debtor(s) and Debtor(s)-in-Possession, in the above-captioned bankruptcy proceeding, requesting that Chris Bastian from Bastian Appraisal Services serve as appraiser to the estate and upon the verified statement filed pursuant to Rule 2014, <u>Rules of Bankruptcy Procedure</u> ("RBP"), and the Court being satisfied that Chris Bastian of Bastian Appraisal Services represents no adverse interest to the estate, and that Chris Bastian of Bastian Appraisal Services is a disinterested party, pursuant to 11 U.S.C. §§ 101(14) and 327, and the Court being satisfied that said employment is necessary and will be in the best interest of this estate,

**IT IS ORDERED** that Chris Bastian of Bastian Appraisal Services shall be

1

employed as of the date that the application and the verified statement were filed with this Court, to serve as appraiser of the estate subject to the terms set forth in the Application with certain qualifications set forth hereinafter.

**IT IS FURTHER ORDERED** that there shall be no compensation paid, and no reimbursement of expenses, except upon appropriate application and after notice and hearing.

**IT IS FURTHER ORDERED** that this Order is subject to reconsideration if unique circumstances so warrant.

SIGNED AND DATED ABOVE.