James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

Attorneys for Suntrust Bank

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Mike Olari and<br>Ana Olari,<br><br>    Debtor. | No. 09-29141-CGC<br><br>Chapter 11 |
| Suntrust Bank,<br><br>    Movant,<br><br>vs.<br><br>Mike Olari and Ana Olari, debtor; and<br>U.S. Trustee, Trustee,<br><br>    Respondents. | **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

    Suntrust Bank, a creditor herein, hereby moves that this court enter an order granting it relief from the automatic stay of 11 U.S.C. Section 362(a) to permit it to exercise its rights of lien enforcement on personal property owned by the debtor and to obtain possession of the property. The bases of Suntrust Bank's motion are set forth in the memorandum attached hereto.

DATED this day of March 5, 2010.

                              Poli & Ball, P.L.C.

                              By__/S/ James B. Ball_____
                                James B. Ball
                                James E. Shively
                                2999 N. 44th Street, Suite 500
                                Phoenix, Arizona 85018
                                Attorneys for Suntrust Bank

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

# MEMORANDUM

On November 12, 2009, debtor commenced the above-captioned Chapter 11 case.

Debtor is presently obligated to Suntrust Bank in the principal amount of $24,718.02, plus accrued and accruing interest, late charges, and attorneys' fees and costs ("the debt"). The debt is secured by a valid and perfected first priority security interest in the following described property:

2008 Nissan Titan

VIN # 1N6AA06A88N330790

("the collateral"). The debt and the lien securing the debt are evidenced by a Purchase Money Security Agreement executed by debtor on February 23, 2008, and a lien filing receipt, copies of which are attached hereto as Exhibits "A" and "B" and incorporated herein by reference.

The debtor has been in default to Suntrust Bank since October 2009.

The value of the collateral, less the amount of the debtor's exemption in the collateral, is not sufficient to satisfy the encumbrances against the collateral, accordingly, there is no equity in the collateral for the debtor's estate and the collateral is not necessary to an effective reorganization. Accordingly, Suntrust Bank is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(2).

Suntrust Bank's interest in the collateral is not adequately protected. The debtor has failed to provide adequate protection for Suntrust Bank's interest by making adequate protection payments or otherwise. The value of the collateral is decreasing

while the debt to Suntrust Bank is increasing. Therefore, Suntrust Bank is entitled to stay relief pursuant to 11 U.S.C. Section 362(d)(1).

Suntrust Bank requests that the court enter an order relieving it from the automatic stay of 11 U.S.C. Section 362(a) as to the debtor and the bankruptcy estate and allowing Suntrust Bank to exercise its rights of lien enforcement, and to obtain possession of the collateral.

Suntrust Bank further requests that the court allow Suntrust Bank to file an amended proof of claim for any deficiency balance within 30 days of disposition of the collateral or by the claims bar date, whichever is later.

DATED this day of March 5, 2010.

        Poli & Ball, P.L.C.


        By__/s/ James B. Ball_____
          James B. Ball
          James E. Shively
          2999 N. 44th Street, Suite 500
          Phoenix, Arizona  85018
          Attorneys for Suntrust Bank

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA  85018
(602) 840-1400

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

1  COPIES of the foregoing mailed
   this 5th day of March, 2010, to:

2

   Mike Olari and
3  Ana Olari
   7315 W. Buckskin Trail
4  Peoria, AZ 85383
   Debtor

5

   Joseph W. Charles
6  PO Box 1737
   Glendale, AZ 85311-1737
7  Attorney for debtor

8  U.S. Trustee
   230 N. 1st Avenue
9  Suite 204
   Phoenix, AZ  85003
10 Trustee

11 TWENTY LARGEST UNSECURED
   CREDITORS

12

13      /s/  Karma Holmes
   _____
   f:\apps\hotdocs\templates\arizona\mls purchase motion for relief from automatic stay.rtf

14

15

16

17

18

19

20

21

22

23