Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 E. Cactus Road, Ste. 100
Scottsdale, AZ 85260-5110
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorneys for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MIKE OLARI and ANA OLARI,<br><br>                Debtors,<br><br>AMERICAN GENERAL FINANCE, INC.<br><br>                Movant,<br><br>and<br><br>MIKE OLARI and ANA OLARI,<br><br>                Debtors,<br><br>and<br><br>BRIAN J. MULLEN,<br><br>                Trustee. | Case No.: 2:09-bk-29141-CGC<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY** |

American General Finance, Inc., by and through counsel undersigned, for its Motion for Relief from Stays, alleges as follows:

**I. Statement of Jurisdiction**

This Court has original and exclusive jurisdiction to this proceeding pursuant to 28 U.S.C. §147(a) and (c). This Motion for Relief from Stays is brought pursuant to the Bankruptcy Code, §362(d).

Movant, American General Finance, Inc., is a foreign corporation authorized to do business in Maricopa County, Arizona. Debtors, Mike Olari and Ana Olari are the Debtors in the above-captioned Chapter 11 proceeding commenced on November 12, 2009. Brian J. Mullen is the duly appointed qualified Trustee assigned to this matter. This Motion is filed in compliance with Rules of Bankruptcy Procedure 4001 and 9014 and General Order 47.

This is a core proceeding pursuant to 28 U.S.C., Section 157(b).

## II. Grounds for Relief from Stays

Creditor has a security interest in the following real property located at 1141 E. Lawrence Road, Phoenix, AZ 85014. The legal description of said property is:

> THE EAST HALF OF THE SOUTH HALF OF THE NORTH HALF OF THE NORTH HALF OF THE WEST HALF OF THE EAST HALF OF SECTION 34, TOWNSHIP 2 NORTH, RANGE 10 WEST OF THE GILA AND SALT RIVER BASE AND MERIDIAN, MARICOPA COUNTY, ARIZONA.

The above-described obligation and lien are evidenced by the Deed of Trust attached hereto as Exhibit "A" incorporated herein by reference.

This obligation is in default from September, 2009 and all subsequent payments. Debtor is not adequately protecting the lien of American General Finance, Inc.

Pursuant to Section 362(d) of the Bankruptcy Code, American General Finance, Inc., is entitled to relief from all stays and injunctions, including the automatic stay as set forth in Section 362(a), against enforcement of its lien against the personal property.

Movant requests its reasonable attorney's fees in an amount not less than $300.00 and a reimbursement of the filing fee in the amount of $150.00.

WHEREFORE, Movant American General Finance, Inc. prays for relief as follows:

1. A determination of the amount and validity of Movant's lien as set forth above;

An Order lifting all stays and injunctions, including the automatic stay of Section 362(a), against enforcement of Movant's lien against the property as property of the estate and as property of the Debtor;

2. An order for attorney's fees in an amount not less than $300.00;

3. An order for reimbursement of the filing fee in the amount of $150.00; and

4. For such other and further relief as the Court may deem just and proper under the circumstances.

DATED this 3rd day of March, 2010.

MUELLER & DRURY, P.C.

_____
Douglas V. Drury, Esq.

COPY of the foregoing mailed this 3rd day of March, 2010 to:

Mike Olari
7315 W. Buckskin Trail
Peoria, AZ 85383
Debtor

Ana Olari
7315 W. Buckskin Trail
Peoria, AZ 85383
Debtor

Joseph W. Charles
LAW OFFICE OF JOSEPH CHARLES, P.C.
PO Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

By_____