**SO ORDERED.**

**Dated: April 13, 2010**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

James B. Ball (#007339)
James E. Shively (#011712)
Poli & Ball, P.L.C.
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
fern@poliball.com
Attorneys for Suntrust Bank

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 09-29141-CGC |
| Mike Olari and Ana Olari, | Chapter 11 |
| Debtor. | |
| Suntrust Bank, | |
| Movant, | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| vs. | |
| Mike Olari and Ana Olari, debtor; and U.S. Trustee, Trustee, | |
| Respondents. | |

Suntrust Bank, having filed its Motion for Relief from the Automatic Stay on March 5, 2010, ("the motion").

The court finds that there were no timely written objections filed to the motion.

1  The court further finds there is no equity in the subject property for the
2  bankruptcy estate,
3  IT IS ORDERED terminating the automatic stay of 11 U.S.C. Section
4  362(a) as it is applicable to the debtor, with respect to the following described personal
5  property ("the property"):
6  2008 Nissan Titan
7  VIN # 1N6AA06A88N330790
8  IT IS FURTHER ORDERED relieving Suntrust Bank from the automatic
9  stay of 11 U.S.C. Section 362(a) as to the bankruptcy estate.
10  IT IS FURTHER ORDERED that Suntrust Bank may file an amended
11  proof of claim for any deficiency balance within 30 days of disposition of the collateral
12  or by the claims bar date, whichever is later.
13  DATED: _____

_____
U.S. Bankruptcy Court Judge

POLI & BALL, P.L.C.
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400