SO ORDERED.

Dated: May 27, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

Douglas V. Drury, Esq.
MUELLER & DRURY, P.C.
8110 E. Cactus Road, Ste. 100
Scottsdale, AZ 85260-5110
mdlaw@muellerdrury.com
(480) 368-5511
State Bar No. 011461
Attorneys for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MIKE OLARI and ANA OLARI, | Case No.: 2:09-bk-29141-CGC |
| Debtors, | |
| AMERICAN GENERAL FINANCE, INC. | **ORDER FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | |
| and | |
| MIKE OLARI and ANA OLARI, | |
| Debtors, | |
| and | |
| BRIAN J. MULLEN, | |
| Trustee. | |

Movant has served all parties in interest with Notice of Motion for Relief from Stays, and this proposed Judgment and Order. The time to respond having expired and no contrary response having been filed; there being no objection to the relief requested; and good cause appearing for the lifting of the automatic stays;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That Movant, American General Finance has as a valid lien on the property described as:

-1-

LOTS 331 and 332, THE RANCH AT PRESCOTT, UNIT IV, ACCORDING TO THE PLAT OF RECORD IN BOOK 27 OF MAPS, PAGE 39, 40 AND 41, CORRECTION RECORDED FEBRUARY 7, 1989 IN BOOK 2120 OF OFFICIAL RECORDS BOOK 667 AND THEREAFTER AFFIDAVIT OF CORRECTION RECORDED JUNE 20, 1989 IN BOOK 2168 OF OFFICIAL RECORDS, PAGE 671, RECORDS OF YAVAPAI COUNTY, ARIZONA

Also known as: Lot 331 & 332 Rainbow Ridge, Prescott, AZ 86303

2. That pursuant to Section 362 of the Bankruptcy Code, the stay or stays against lien enforcement, including the automatic stay of Section 362(a), are hereby vacated and annulled with respect to said property as property of the estate;

3. That pursuant to Section 362 of the Bankruptcy Code, the stay or stays against lien enforcement, including the automatic stay of Section 362(a), are hereby vacated and annulled with respect to said property as property of the Debtors.

DONE IN OPEN COURT this _____ day of May, 2010.

_____
U.S. BANKRUPTCY COURT JUDGE